In the Matter of the Application of HECTOR McG. CURREN for an Order Directing the Issue of an Order of Mandamus.— Motion for mandamus order denied. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

In the Matter of Proving the Last Will and Testament of GERTRUDE L. DONOHUE, Deceased, as a Will of Real and Personal Property.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

In the Matter of the Application of CHARLES R. SIMMONS for the Return of Eleven Revolvers, One Spring Knife, One Blackjack, and a Miscellaneous Quantity of Jewelry.— Motion for order directing the return of personal property, and for stay, denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

MILLARD B. KITT, Respondent, v. GLOBE AUTOMATIC SPRINKLER COMPANY, INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable defendant to apply to the Court of Appeals. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

JACOB KOSLOW and Another, Appellants, v. HARRY DWORKIN and GABRIEL DWORKIN, Respondents.— Motion for stay denied. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

MICHAEL LAITMAN and Another, Copartners, etc., Respondents, v. MAX WEINER, etc., and Another, Appellants.— Motion for stay denied, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

ETHEL LEVINE, Respondent, v. ISIDORE BENGELSDORF, Appellant, Impleaded with HARRY J. HAWLEY, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

MARY K. LOGAN, Respondent, Appellant, v. HERBERT J. CALLISTER, Appellant. NEW YORK AND LONG ISLAND TRACTION COMPANY, Respondent. WILLIAM LOGAN, Respondent, Appellant, v. HERBERT J. CALLISTER, Appellant. NEW YORK AND LONG ISLAND TRACTION COMPANY, Respondent.— Motions for leave to appeal to the Court of Appeals denied. Motions for stay granted, and stay continued for thirty days to enable defendant to apply to the Court of Appeals. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

EDNA W. MINION and Another, Respondents, v. CLARA F. WARNER, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

MICHAEL NAFTAL, Appellant, v. CECILIE ULLMAN and Another, Respondents.— Motion for reargument denied. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

JAMES J. O'BRIEN, Appellant, v. WALTER B. LASHAR and Others, Respondents.— Motion for change of venue denied, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

THERESIA PHILLIPS, Respondent, v. NICHOLAS SEUBERT, Appellant, Impleaded with JOSEPH PHILLIPS and Others, Defendants.— Motion to dismiss appeal granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.